IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In Re: | ) Case No.: 11-01229 |
| | ) |
| Robin Williams, | ) Chapter 13 |
| | ) |
| Debtor(s). | ) Judge Janet S. Baer |
| | ) |

## NOTICE OF MOTION

TO:

Via Electronic Filing:

US Trustee Patrick S. Layng; Office of the U.S. Trustee, Region 11, 219 S. Dearborn St, Rm 873; Chicago, IL 60604 by ECF at USTPRegion11.ES.ECF@usdoj.gov

Tom Vaughn, 200 Michigan Ave, 13TH Floor Chicago, IL 60604 by ECF at ecf@tvch13.net

Via U.S. Mail:

City of Chicago, Law Department, 121 N. LaSalle, Suite 600, Chicago, IL 60602

All parties on the attached notice list.

    PLEASE TAKE NOTICE that on **March 27, 2014 at 9:30 am**, . I shall appear before the Honorable Janet S. Baer in Courtroom 615 of the Dirksen Federal Building, 219 South Dearborn Avenue, in Chicago, Illinois or any judge presiding, and then and there present the attached **Motion of Debtor For Leave to File Late Claim on Behalf of City of Chicago**, a copy of which is attached hereto.

                                                                   By:    /s/ Martin A. Lear
                                                                             Martin A. Lear

## CERTIFICATE OF SERVICE

    I, Martin A. Lear, hereby certify that I served a copy of this Notice along with the aforementioned document upon the above parties, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 105 W. Madison, Suite 2300, Chicago, IL, before the hour of 5:30 p.m., on February 28, 2014.

                                                                         By:    /s/ Martin A. Lear
                                                                              Martin A. Lear

Martin A. Lear, Esq.  #6295187
Ernesto D. Borges, Jr., PC
105 W. Madison #2300
Chicago, IL 60602
(312) 853-0200

Label Matrix for local noticing
0752-1
Case 11-01229
Northern District of Illinois
Chicago
Fri Feb 28 08:55:52 CST 2014

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

Accredited Home Lender
15253 Avenue Of Science
San Diego, CA 92128-3437

Asset Acceptance
Po Box 2036
Warren, MI 48090-2036

Asset Acceptance LLC / Assignee / Bally Tota
Po Box 2036
Warren MI 48090-2036

Atlantic Credit & Finance, Inc.
c/o
Blitt and Gaines, P.C.
661 Glenn Ave
Wheeling, IL 60090-6017

Ballys
8700 West Bryn Mawr
Chicago, IL 60631-3552

Cab Serv
60 Barney Dr
Joliet, IL 60435-6402

Cds/collection Agency
Attn: Bankruptcy
5200 Stoneham Rd Suite 200
North Canton, OH 44720-1584

Chase
Po Box 15298
Wilmington, DE 19850-5298

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Condor Capital Corp
165 Oser Ave
Hauppauge, NY 11788-3710

Cook County State's Attorney
Bad Check Restitution Program
PO Box A3984
Chicago, IL 60690-3984

Credtrs Coll
440 Challenge St
Freeport, IL 61032-2540

Debra Davis
745 Red Oak Ln
University Park, IL 60484-2964

Dependon Collection Se
Attn: Bankruptcy
Po Box 4833
Oak Brook, IL 60522-4833

ECMC
P.O. Box 75906
St. Paul, MN 55175-0906

Enhanced Recovery Co L
8014 Bayberry Rd
Jacksonville, FL 32256-7412

First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145

Gemb/jcp
Attention: Bankruptcy
Po Box 103104
Roswell, GA 30076-9104

H&f Law
33 N Lasalle
Chicago, IL 60602-2603

Helvey & Associates
1015 East Center St
Warsaw, IN 46580-3420

Hsbc Bank
Attn: Bankruptcy
Po Box 5253
Carol Stream, IL 60197-5253

IL Dept of Healthcare and Family Services/MR
PO Box 19405
Springfield, IL 62794-9405

Il Dept Of Healthcare
509 South 6th Street
Springfield, IL 62701-1809

Illinois Tollway
2700 Ogden Ave
Downers Grove, IL 60515-1703

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Litton Loan Servicing
4828 Loop Central Dr
Houston, TX 77081-2166

Mage & Price
707 Lake Cook Road
Deerfield, IL 60015-5613

Midland Credit Management, Inc.
8875 Aero Drive, Suite 200
San Diego, CA 92123-2255



label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

| | | |
|---|---|---|
| Mutl H Clctn<br>2525 N Shadeland<br>Indianapolis, IN 46219-1787 | Premier Bankcard/Charter<br>POB 2208<br>Vacaville, CA 95696-8208 | Progressive Financial Services<br>P.O. Box 790<br>Mesa, AZ 85211-0790 |
| US Department of Education<br>National Payment Center<br>P.O. Box 105081<br>Atlanta, GA 30348-5081 | Ernesto D Borges<br>Law Offices of Ernesto Borges<br>105 W Madison Street<br>23rd Floor<br>Chicago, IL 60602-4647 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Robin Kevin Williams Sr.<br>22138 Woodbine Rd<br>Richton Park, IL 60471-1171 | Tom Vaughn<br>55 E. Monroe Street, Suite 3850<br>Chicago, IL 60603-5713 | Zeljko Popovic<br>Law Offices of Ernesto Borges<br>105 West Madison, 23rd Floor<br>Chicago, IL 60602-4647 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Asset Acceptance Llc
Po Box 2036
Warren, MI 48090-2036

End of Label Matrix
Mailable recipients    38
Bypassed recipients     1
Total                  39



label size 1" x 2 5/8" compatible with Avery ®5160/8160
Étiquette de format 25 mm x 67 mm compatible avec Avery ®5160/8160

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| In Re: | ) | Case No.: 11-01229 |
|---|---|---|
| | ) | |
| Robin Williams, | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | Judge Janet S. Baer |

### MOTION OF DEBTOR FOR LEAVE TO FILE A LATE CLAIM ON BEHALF OF CITY OF CHICAGO

NOW COMES the Debtor, by and through his attorneys, The Law Offices of Ernesto Borges, Jr., PC, pursuant to 11 U.S.C. Sec. 501(c), and in support of his Motion, states as follows:

1. This Court has jurisdiction over this proceeding pursuant to 28 USC 1334 and this is a "core proceeding" under 28 USC 157(b)(2).

2. The Debtor filed for relief under Chapter 13 of the US Bankruptcy Code on January 13, 2011.

3. That the Debtor's Plan has been confirmed.

4. That the claim bar date in the instant case has passed.

5. That the Debtor owes an unsecured debt to the City of Chicago in the amount of $244.00 from 2008 that he was unaware at the time of filing.

6. That the Debtor's wishes for the debt to be paid through his Chapter 13 plan.

7. That the filing of the proof of claim on behalf of City of Chicago will not affect the feasibility of Debtor's plan.

WHEREFORE, the Debtor prays this Court enter an order for leave to file a late claim on behalf of City of Chicago; and for such further relief that this Court may deem just and proper.

Respectfully submitted,

/s/ Martin A. Lear
By: One of Debtor's Attorneys

Martin A. Lear, Esq.
Law Offices of Ernesto Borges, Jr., PC
105 W. Madison St, 23rd Floor
Chicago, IL  60603  (312) 853-0200